AMERICAN CARAMEL CO. v. WILLIAMS et al.

(District Court, M. D. Pennsylvania. December 30, 1912.)

No. 128.

PATENTS (§ 328*)—VALIDITY AND INFRINGEMENT—CARAMEL HOLDER.

    The Lafean patent, No. 945,788, for an improvement in caramel holders, *held* valid and infringed.

In Equity. Suit by the American Caramel Company against George W. Williams and R. C. Boeckel, copartners as R. C. Boeckel & Co. On final hearing. Decree for complainant.

John M. Coit, of Washington, D. C., for complainant.

C. T. Belt, of Washington, D. C., and H. C. Brenneman and John J. Bollinger, both of York, Pa., for defendants.

WITMER, District Judge. The defendants having admitted the purchase and use, without license from complainant, of the holders manufactured by the Glen Rock Stamping Company, for reasons expressed in my opinion in the complainant's case against said Glen Rock Stamping Company, 201 Fed. 363, No. 127 in equity, it is ordered that the defendant be enjoined from further infringement of complainant's patent No. 945,788, with costs of suit to be taxed against the defendant. The usual reference may be had by complainant, if desired. An exception is noted for the defendant.

Let a decree be submitted accordingly.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes